IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:**

MARK CONLON, a Texas resident,

Plaintiff,

v.

AARON LEE SHANNON, An Arizona resident,
AMERICAN FURNITURE WAREHOUSE, CO., a Colorado Corporation,

Defendants.

## NOTICE OF REMOVAL

Defendants Aaron Lee Shannon and American Furniture Warehouse, Co. (collectively "Defendants"), by and through their counsel, Treece Alfrey Musat P.C., without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure, hereby give notice of the removal of this civil action from the District Court, Douglas County, State of Colorado, to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1441 *et seq*. The grounds for removal are as follows:

1.	This action was originally commenced in the District Court of the State of Colorado, Douglas County, on or about October 2, 2022, by the filing of Plaintiff's Complaint captioned: *Mark Conlon v. Aaron Lee Shannon and American Furniture Warehouse, Co.*, Civil Action No. 2022CV30711, (hereinafter the "state court action").  Plaintiff's allegations arose out of an incident that occurred on October 3, 2019.

2. Defendant American Furniture Warehouse, Co. was served in the state court action on October 3, 2022 by private process server. Defendant Shannon has yet to be served as of today's date, October 24, 2022. This Notice of Removal, pursuant to 28 U.S.C. § 1446(b), is being filed within thirty days of when the first defendant, Defendant American Furniture Warehouse, Co., received a copy of the initial summons and complaint. Thus, the Notice of Removal is being filed on or before the deadline date of November 2, 2022.

3. The Plaintiff's Complaint is a civil action in which Plaintiff and Defendants are citizens of different states. The state court action is one over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332(a). Therefore, removal to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq.* because:

4. The sum sought by Plaintiff exceeds the jurisdictional requirements of 28 U.S.C. 1332(a).

5. This notice of removal is consistent with the provisions of 28 U.S.C. §1446(b), which provides:

> The notice of removal in a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed with the court and is not required to be served on the defendant, whichever period is shorter.

This notice of removal has been filed within 30 days of the service of the Complaint on Defendant American Furniture Warehouse, Co.

6. The following documents filed to date in the state court action are attached:

**Exhibit 1 -**Complaint and Jury Demand;

  **Exhibit 2 -**Civil Cover Sheet;

  **Exhibit 3 –** Delay Reduction Order; and

  **Exhibit 4 –** Return of Service on American Furniture Warehouse, Co

7. A Copy of this notice of removal has been filed with the Clerk of the District Court, County of Douglas, State of Colorado.  A written notice of filing has been given to all adverse parties hereto, as set forth in the certificate of service below.

  Respectfully submitted this 24th day of October, 2022.

            *s/ Mark E. Harris*
            Mark E. Harris, Colo. Atty. Reg. 34375
            Lauren M. Getsie, Colo. Atty. Reg. 35457
            TREECE ALFREY MUSAT P.C.
            633 17th Street, Suite 2200
            Denver, Colorado 80202
            Telephone: (303) 292-2700
            FAX: (303) 295-0414
            Emails: mharris@tamlegal.com
               lgetsie@tamlegal.com
            *Attorneys for Defendants Aaron Lee Shannon and American Furniture Warehouse, Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2022, a true and correct copy of the foregoing was filed via CM/ECF and electronically transmitted to the following by email:

Paul J. Komyatte
David P. Mason
The Komyatte Law Firm
722 Washington Ave., Unit 202
Golden, CO  80401
Phone: (720) 975-8553
Fax: (720) 528-8072
paul@komyattelawfirm.com
dave@komyattelawfirm.com
*Attorneys for Plaintiff*

Daniel Sorrells
3218 S. Sugar Road
Edinburg, TX 78539
Phone: (956) 271-1499
Fax: (866) 924-6704

*s/ Roberta Musser*